# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 10, 2007

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

132284(58)


PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellant,

v

SC: 132284
COA: 267976
Sanilac CC: 05-006016-FC

THOMAS JAMES EARLS,
      Defendant-Appellee.
_____


      On order of the Chief Justice, the motion by the Wayne County Prosecuting Attorney for leave to file a brief *amicus curiae* in this case is considered and it is GRANTED.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 10, 2007

_____
Clerk